**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

NEXT JUMP, INC.,

      Plaintiff,

          Case No. 08 CIV 4745
          (Judge Lynch)

-against-

          AFFIDAVIT OF SERVICE

FLOWERS TODAY, INC. d/b/a
BLOOMS TODAY,

      Defendant.
————————————————————X

STATE OF VIRGINIA  )
               S.S.:
COUNTY OF FAIRFAX )

      YEN LAM, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 27th day of May, 2008, at approximately the time of 10:45 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; AND PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT upon FLOWERS TODAY, INC. d/b/a BLOOMS TODAY at 15405 John Marshall Highway, Haymarket, VA, by personally delivering and leaving the same with BRYAN K. MAYER who informed deponent that he holds the position of Vice President of Human Resources with that company and is authorized by law to receive service at that address.

      BRYAN K. MAYER is a white male, approximately 35 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 230 pounds with black hair wearing glasses.

YEN LAM

Sworn to before me this
29 day of May, 2008

NOTARY PUBLIC
exp: 5/31/12



D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com