USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXTJUMP, INC.,

           Plaintiff,

vs.

FLOWERS TODAY, INC. d/b/a
BLOOMS TODAY,

           Defendant.

08 Civ. 4745 (GEL)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for defendant, FLOWERS TODAY, INC. d/b/a BLOOMS TODAY, and the attorney for plaintiff, NEXTJUMP, INC. that the time within which Defendant may move, answer or otherwise respond to the Complaint herein is hereby extended from June 16, 2008 up to and including July 8, 2008. This is the first requested extension.

IT IS FURTHER STIPULATED AND AGREED, that Defendant's defenses as to personal jurisdiction, if any, are hereby waived.

Dated: New York, New York
       June 9, 2008

HINSHAW & CULBERTSON LLP

By: _____
    Philip Touitou (PT-4302)

Attorneys for Plaintiff
 NEXTJUMP, INC.,
780 Third Avenue, 4th Floor
New York, NY 10017
(212) 471-6200

SCHNADER HARRISON SEGAL &
LEWIS LLP

By: _____
    Kenneth R. Puhala (KP-8104)

Attorneys for Defendant
 FLOWERS TODAY, INC. d/b/a
 BLOOMS TODAY
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8140

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

6/11/08

31028504v1 887954