Kenneth R. Puhala (KP-8104)
Matthew S. Tamasco (MT-9193)
Cynthia A. Murray (CM-8900)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005-1101
Telephone: 212-973-8000
Facsimile: 212-972-8798
E-Mail: kpuhala@schnader.com

*Attorneys for Defendant Flowers Today, Inc. d/b/a Blooms Today*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NEXT JUMP, INC.,

        Plaintiff,

  -v.-

FLOWERS TODAY, INC. d/b/a
BLOOMS TODAY,

        Defendant.

------------------------------------------------------------X

**ECF CASE**

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

08 CIV 4745 (GEL)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Flowers Today, Inc. d/b/a Blooms Today ("Blooms Today"), by its undersigned counsel, certifies that Blooms Today does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
July 8, 2008

                                      SCHNADER HARRISON SEGAL & LEWIS LLP

By: *(signature)*
      Kenneth R. Puhala (KP-8104)
      Matthew S. Tamasco (MT-9193)
      Cynthia A. Murray (CM-8900)
140 Broadway, Suite 3100
New York, New York 10005-1101
Telephone: 212-973-8000
Facsimile: 212-972-8798
E-Mail kpuhala@schnader.com
*Attorneys for Defendant*
*Flowers Today, Inc. d/b/a Blooms Today*

2