UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXT JUMP, INC.,

                      Plaintiff,

-against-

FLOWERS TODAY, INC. D/B/A/
BLOOMS TODAY,

                      Defendant.

08 Civ. 4745 (GEL)

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date indicated below, I caused an original of Plaintiff's Reply to Counterclaims to be filed with the Court and served upon the undersigned counsel via the Court's electronic filing system:

                Kenneth R. Puhala, Esq.
                Matthew S. Tomasco, Esq.
                Cynthia A. Murray, Esq.
                SCHNADER HARRISON SEGAL & LEWIS Llp
                Attorneys for Defendant
                FLOWERS TODAY, INC. d/b/a BLOOMS TODAY
                140 Broadway, Ste. 3100
                New York, NY 10005-1101

                                                        Alfraé Johnson-Ragins

Dated: July 28, 2008

31029198v1 887954