UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NEXT JUMP, INC.,

                Plaintiff,

    v.

FLOWERS TODAY, INC. d/b/a
BLOOMS TODAY,

                Defendants.
------------------------------------------------------------x

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 4745 (GEL) (THK)

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: \_\_\_\_

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                August 1, 2008

GERARD E. LYNCH
United States District Judge