UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NEXT JUMP, INC.,

                         Plaintiff,

     -v-

FLOWERS TODAY, INC. D/B/A/
BLOOMS TODAY

                         Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/09

08 Civ. 4745 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

     On June 5, 2009, Hinshaw & Culbertson LLP, moved pursuant to Local Civil Rule 1.4 to withdraw as counsel for plaintiff Next Jump, Inc., in the above-captioned action. Plaintiff's counsel also moved for a charging lien in favor of the firm for unpaid legal bills in the principal amount of $51,339.04. Shortly thereafter, plaintiff advised court personnel that new counsel was being sought, however, as of July 1, 2009, no new counsel has appeared for the plaintiff.

     Accordingly, plaintiff shall show cause, in writing, on or before July 15, 2009, why plaintiff counsel's motion for leave to withdraw should not be granted and why plaintiff counsel's proposed motion to fix the charging lien should not be entered. Should the motion to withdraw be granted, plaintiff will have 10 days to retain new counsel. Plaintiff is advised that a corporation cannot proceed *pro se*. Thus, if it fails to retain new counsel within 10 days of any decision granting plaintiff counsel's motion to withdraw, plaintiff will be at-risk for the action being dismissed for failure to prosecute.

SO ORDERED:

Dated:     New York, New York
             July 1, 2009

                                                    _____
                                                    GERARD E. LYNCH
                                                  United States District Judge